BRYAN CAVE LEIGHTON PAISNER LLP
Sean K. McElenney, 9122
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax:          (602) 364-7070
Email:     skmcelenney@bclplaw.com

BRYAN CAVE LEIGHTON PAISNER LLP
Richard Cassetta (Pro Hac Vice Application to be filed)
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Telephone: (314) 259-2000
Fax:          (314) 259-2020
Email:     richard.cassetta@bclplaw.com
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY WESTBROOK,<br><br>Plaintiff,<br><br>vs.<br><br>COMBE INCORPORATED; COMBE PRODUCTS, INC.; COMBE LABORATORIES, INC.; COMBE INTERNATIONAL LLC f/k/a COMBE INTERNATIONAL LTD.,<br><br>Defendants. | No. 2:19-cv-00184-JAD-NJK<br><br>**(Jury Trial Demanded)** |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

COME NOW Defendants Combe Incorporated, Combe Products, Inc., Combe Laboratories, LLC (f/k/a Combe Laboratories, Inc.), and Combe International, LLC (f/k/a Combe International, Ltd.) (collectively "Defendants") and through their undersigned counsel, respectfully request a 60 day extension of time to answer or otherwise respond to the complaint. This motion is made subject to and without waiver of Defendants' defenses, including any defense that the claims against a defendant should be dismissed based upon lack of personal jurisdiction.

Defendants were served with a summons and complaint on February 19, 2019. Good cause exists as Defendants need additional time to prepare a motion to dismiss or answer. Defendants' counsel met and conferred with counsel for Plaintiff, and Plaintiff consents to the requested extension.

WHEREFORE, Defendants respectfully request a sixty-day extension of time, up to and including May 13, 2019, to answer or otherwise respond to the complaint.

DATED this 5th day of March, 2019.

BRYAN CAVE LEIGHTON PAISNER LLP

By /s/ Sean K. McElenney
Sean K. McElenney
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406

and

Richard P. Cassetta
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
Email: richard.cassetta@bclplaw.com

*Attorneys for Defendants Combe Incorporated, Combe Products, Inc., Combe Laboratories, LLC (f/k/a Combe Laboratories, Inc.), and Combe International, LLC (f/k/a Combe International, Ltd.)*

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: March 5, 2019