JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
MICAH K. MTATABIKWA-WALKER
Nevada Bar No. 013731
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Josh.aicklen@lewisbrisbois.com
David.avakian@lewisbrisbois.com
Micah.Walker@lewisbrisbois.com
Attorneys for Defendants COMBE INCORPORATED, COMBE PRODUCTS, INC., COMBE LABORATORIES, INC. and COMBE INTERNATIONAL LLC f/k/a COMBE INTERNATIONAL LTD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY WESTBROOK,<br><br>Plaintiff,<br><br>vs.<br><br>COMBE INCORPORATED, COMBE PRODUCTS, INC., COMBE LABORATORIES, INC. and COMBE INTERNATIONAL LLC f/k/a COMBE INTERNATIONAL LTD<br><br>Defendants. | Case No. 2:19-cv-00184<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO <u>PLAINTIFF'S COMPLAINT</u>**<br><br>(First Request) |

IT IS STIPULATED between Plaintiff ANTHONY WESTBROOK and Defendants COMBE INCORPORATED, COMBE PRODUCTS, INC. and COMBE INTERNATIONAL LLC f/k/a COMBE INTERNATIONAL LTD, by and through their respective counsel, and pursuant to LR 7-1, that the time for Defendants to answer Plaintiff's Complaint (ECF No. 1) is hereby extended by 30 days, or to June 12, 2019, to facilitate the parties' ongoing settlement discussions.

4812-0064-7831.1

IT IS FURTHER STIPULATED between the parties that this stipulated extension of time does not operate as any admission or waiver of any claim or defense by Plaintiffs or Defendants.

| DATED this 14th day of May, 2019 | DATED this 14th day of May, 2019 |
|---|---|
| NETTLES MORRIS | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Brian D. Nettles | /s/ David B. Avakian |
| Brian D. Nettles<br>Nevada Bar No. 7462<br>1389 Galleria Drive, Suite 200<br>Las Vegas, Nevada 89014<br>*Attorneys for Plaintiffs* | Josh Cole Aicklen<br>Nevada Bar No. 7254<br>David B. Avakian<br>Nevada Bar No. 9502<br>Micah K. Mtatabikwa-Walker<br>Nevada Bar No. 13713<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants* |

## ORDER

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: May 15, 2019