# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY WESTBROOK ) | CASE NO.: 2:19-cv-00184-JAD-NJK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION OF VOLUNTARY** |
| COMBE INCORPORATED; COMBE ) | **DISMISSAL** |
| PRODUCTS, INC.; COMBE ) | |
| LABORATORIES, INC.; and ) | |
| COMBE INTERNATIONAL LLC ) | |
| f/k/a COMBE INTERNATIONAL LTD ) | |
| ) | |
| Defendants. ) | |

It is hereby stipulated and agreed by the parties and their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants pursuant to Rule 41(a)(1)(A)(ii), with each party bearing that party's own fees and costs.

DATED this 26th day of August, 2019.

NETTLES MORRIS

/s/ *Brian D. Nettles*
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
1389 Galleria Dr., Ste. 200
Henderson, NV 89014
*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *David B. Avakian*
JOSH COLE AICKLEN
Nevada Bar No. 7254
DAVID B. AVAKIAN, ESQ.
Nevada Bar No. 9502
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2019, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

*/s/ Jenn Alexy*
An employee of NETTLES MORRIS