UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY WESTBROOK | ) | CASE NO.: 2:19-cv-00184-JAD-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **Stipulation and Order Dismissing Action** |
| v. | ) | |
| | ) | |
| COMBE INCORPORATED; COMBE | ) | |
| PRODUCTS, INC.; COMBE | ) | |
| LABORATORIES, INC.; and | ) | |
| COMBE INTERNATIONAL LLC | ) | ECF No. 25 |
| f/k/a COMBE INTERNATIONAL LTD | ) | |
| | ) | |
| Defendants. | ) | |

It is hereby stipulated and agreed by the parties and their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants pursuant to Rule 41(a)(1)(A)(ii), with each party bearing that party's own fees and costs.

DATED this 26th day of August, 2019.

NETTLES MORRIS

/s/ *Brian D. Nettles*
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
1389 Galleria Dr., Ste. 200
Henderson, NV 89014
*Attorneys for Plaintiff*

**ORDER**

Based on the parties' stipulation **[ECF No. 25]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 28, 2019

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *David B. Avakian*
JOSH COLE AICKLEN
Nevada Bar No. 7254
DAVID B. AVAKIAN, ESQ.
Nevada Bar No. 9502
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV  89118
*Attorneys for Defendants*